# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | Case No.:4:23-CR-264-GKF |
| vs. | | |
| Daniel Lawrence Charba | Defendant(s). | Criminal Information Sheet |

Date: 8/24/2023     Interpreter: Yes ☐  No ☒

Magistrate Judge Little     Deputy Lauren Lewis     USPO E. Cervini
Date of Arrest: 8/24/2023     Arrested By: USMS     ☐ Detention Requested by AUSA
Bail Recommendation: $ 10,000.00     ☒ Unsecured

**Additional Conditions of Release:**

☒ a.  ☐ b. _____     ☐ m _____     ☐ n ☐ o ☐ p ☒ q ☒ r ☐ s _____
☒ c. ☒ d.. ☐ e. ☐ f. ☐ g.     ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h. ☒ i. ☒ j.     ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ k. (☐ i, ☐ ii, ☐ iii)     ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____     ☐ w (☐ 1, ☐ 2) ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes  ☒ No
Defendant's Attorney: Allen Smallwood  ☐ FPD;  ☐ Ct. Appt;  ☒ Ret Counsel
AUSA: Nathan Michel / adam Bailey, for

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☒ Ret Counsel; ☐ FPD; ☐ Ct. Appt; ☐ w/o Counsel
☐ Financial Affidavit received and FPD/CJA appointed; ☐ Present ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
  ☒ Verified in open court
  ☐ Corrected by interlineation to_____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:  ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set for $10,000 unsecured ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☐ Defendant remanded to custody of U.S. Marshal: ☐ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention # ___ : ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # ___ : ☐ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:**

Criminal Information Sheet CR-24 (11/2020)