

AO 442 (Rev. 10/13) Arrest Warrant

Received U.S. Marshals Service 2023 AUG 21 PM 3:33 N/OK

# UNITED STATES DISTRICT COURT

for the
Northern District of Oklahoma

United States of America
v.
DANIEL LAWRENCE CHARBA
*Defendant*

Case No. 23 CR 264 GKF

FILED
AUG 25 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DANIEL LAWRENCE CHARBA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. §§ 5861(f), 5871, and 5822 – Unlawfully Making a Destructive Device
26 U.S.C. §§ 5861(d) and 5871 – Possession of an Unregistered Destructive Device

Date: AUG 21 2023

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 8-21-23, and the person was arrested on *(date)* 8-24-23
At *(city and state)* Tulsa, OK
Date: 8-24-23

*Arresting officer's signature*

R. Dodd, Dusm
*Printed name and title*

NEM/bs