


**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
3750 CORPORAL RD, HUNTSVILLE, ALABAMA 35898

## REPORT OF EXAMINATION

**To**: Special Agent Holley Edwards
Bureau of Alcohol, Tobacco, Firearms and Explosives
125 West 15th Street, Suite 600
Tulsa, OK 74119

**I/N:** 781090-23-0042

**Type of Exam:** Destructive Device

**Date:** August 4, 2023

As requested, the following items were examined in order to form an opinion as to the design, construction, functioning, effects, and technical classification of the materials involved in this investigation.

### ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.** ATF Reports of Investigation #1 dated April 14, 2023, and #2 & #3 dated April 16, 2023.

**Item 2.** ATF Laboratory Report number #2023-A-000113(1), dated July 18, 2023.

**Item 3**. Physical evidence examined August 1, 2023.

### DEVICE DESIGN AND CONSTRUCTION

The materials examined in this investigation are consistent with fourteen improvised explosive weapons and four explosive devices. Ten weapons were constructed using glass bottles, one of which also contained a quantity of finishing nails. One weapon was constructed using an expended $CO_2$ cartridge. One weapon was constructed using a glass bottle with an Estes model rocket motor inserted. One weapon was constructed using a metal cup with an Estes model rocket motor inserted. And one weapon was constructed using a metal flashlight.

The four explosive devices were constructed of cardboard tubes wrapped with tape.

All of the items contained a quantity of explosive powder identified by laboratory analysis as a perchlorate explosive mixture of potassium perchlorate and aluminum, commonly known as flash powder. All of the items utilized a pyrotechnic burning type fuse as a means of initiation.

### DEVICE FUNCTIONING AND EFFECTS

Lighting the fuses of the explosive weapons would, after a delay, result in an explosion. These explosions would produce blast and thermal effects, and project fragmentation and shrapnel at high velocity. These weapons were capable of causing property damage, injury and or death to persons nearby.

ATF F 3324.1 (1-2005)                                                                                      Page 1 of 2

000044

## STATEMENT OF EXPLOSIVES ENFORCEMENT BRANCH
(Continuation Sheet for ATF F 3324.1)
-2-

I/N: 781090-23-0042

### DEVICE FUNCTIONING AND EFFECTS (continued)

Lighting the fuses of the explosive devices would, after a delay, result in an explosion. These explosions would produce blast and thermal effects. These devices were capable of causing property damage, injury and or death to persons nearby.

### OPINION

Based upon the above, it is the opinion of the assigned that the items in this investigation were designed as weapons and would be properly identified as fourteen improvised explosive bombs. Explosive bombs are destructive devices as that term is defined in 26 U.S.C., section 5845(f) and would be regulated in accordance with the Federal Firearms Regulations.

The four improvised explosive devices, the primary or common purpose of which is to function by explosion, would constitute explosives as that term is defined in 18 U.S.C. Section 841(d).

**GARY SMITH** Digitally signed by GARY SMITH
Date: 2023.08.10 10:46:25 -05'00'

___
Submitted by: Gary W. Smith
Explosives Enforcement Officer

**KEVIN MINER** Digitally signed by KEVIN MINER
Date: 2023.08.11 09:20:09 -05'00'

___
Approved by: Kevin M. Miner
Destructive Device Determination Unit Technical Manager

**REPORT OF EXAMINATION**
(Continuation Sheet for ATF F 3324.1)
-3-

**I/N: 777025-19-0270**