Gary Wayne Smith
Explosives Enforcement Officer
United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Dallas Field Division
Dallas, TX

## Duty Description

Explosives Enforcement Officer (EEO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives, assigned to the Dallas Field Division.  Duties include supporting criminal investigations into violations of federal explosives laws with technical support and assistance.  Technical support includes on site investigation assistance, examination of recovered evidence, as well as identification, reconstruction and testing of improvised bombs and other destructive devices.

## Professional Experience

2005-present  **Explosives Enforcement Officer**, Bureau of Alcohol, Tobacco, Firearms and Explosives.

Support criminal investigations into violations of the federal explosives and arson laws with technical assistance and expert advice.  Render safe and dismantle explosive and incendiary devices in support of investigations.  Make determinations on explosives and destructive/incendiary devices.  Advise and assist on matters concerning explosives in support of the regulatory responsibilities assigned to the Bureau.

2004  **Explosive Ordnance Disposal Contractor**, various UXO companies.

Conducted range clearance operations on formerly used defense sites contaminated with unexploded ordnance, explosive ordnance residue and other hazardous materials.

1998 – 2004  **Team Leader**, U.S. Army, 761st Ordnance Company (Explosive Ordnance Disposal), Ft. Sill, OK.

Responsible for identification, render-safe, and disposal of U.S. and foreign conventional, nuclear, biological and chemical ordnance, as well as improvised explosive devices.  Deployed to Kosovo in support of Task Force Falcon KFOR-3B, and deployed to Iraq in support of Operation Iraqi Freedom.

Professional Experience (Continued)

1996-1998    **Team Leader**, U.S. Army, 705th Ordnance Company (EOD), Ft. Polk, LA.

Responsible for identification, render-safe, and disposal of U.S. and foreign conventional, nuclear, biological, and chemical ordnance, as well as improvised explosive devices.

1994-1995    **Ammunition Specialist**, HHB 1-78th Field Artillery Battalion, Ft. Sill, OK.

Responsible for inspection, inventory, issuing, receiving, packaging and shipping U.S. military ordnance to basic training and advanced individual training units on station.

1991-1994    **Ammunition Specialist**, HQ & A Company, 225th Forward Support Battalion, Schofield Barracks, HI.

Responsible for inspection, inventory, issuing and receiving, packaging and shipping of U.S. military ordnance to using units on Oahu and Hawaii.

**Education/Training**

Advanced Improvised Explosive Device Disposal Course, September 2015, 2020
Naval School Explosive Ordnance Disposal
Eglin Air Force Base, FL

ATF Certified Explosives Specialist Course, August 2014, 2021
National Center for Explosives Training and Research
Redstone Arsenal, AL

TEEX Advanced Ordnance Recognition for Law Enforcement, June 2013
Golden, CO

ATF Homemade Explosives Course, May 2009
Fort A.P. Hill, VA

Electronics for Explosives Technicians Course, November 2007
Dallas, TX

FBI Bomb Technician Robotic Course, November 2006
Redstone Arsenal, AL

FBI Hazardous Devices Basic Course, November 2006, 2010, 2014, 2021
Redstone Arsenal, AL

Education/Training (Continued)

Large Vehicle Disruption Techniques Class, September 2006
Denver, CO

BATFE Advanced Explosives Destruction Techniques, August 2006
Fort A.P. Hill, VA

BATFE Chemistry of Pyrotechnics and Explosives Course, June 2006
Chestertown, MD

DHS Emergency Responder Hazardous Materials Technician Course, January 2006
Anniston, AL

Criminal Investigator Training Program, November 2005
Federal Law Enforcement Training Center, Glynco, GA

FBI Large Vehicle Bomb Post Blast Crime Scene School, August 2005
Ft. Carson, CO

Texas Basic Peace Officer Academy, December 2004
Tarrant County College, Ft. Worth, TX

Explosive Ordnance Disposal Refresher Training, March 2001
Redstone Arsenal, AL

Hazardous Materials and Waste Generator Compliance Course, December 2000
Ft Sill, OK

Advanced Explosive Ordnance Disposal Management and Technology Course, May 2000
Indianhead, MD

Advanced Access and Disablement Course, February 2000
Indianhead, MD

U.S. Army Combat Lifesaver Course, August 1999
Ft. Sill, OK

Basic Non-Commissioned Officers Course, May 1999
Redstone Arsenal, AL

Equal Opportunity Representative Course, March 1999
Ft. Sill, OK

Education/Training (Continued)

Explosive Ordnance Disposal Refresher Training, May 1998
Redstone Arsenal, AL

Radioactive Material Handling Safety Course, February 1998
Ft. Polk, LA

Environmental Compliance Officers Course, September 1997
Ft. Polk, LA

Nuclear, Biological and Chemical Defense Course, May 1996
Ft. Polk, LA

Primary Leadership Development Course, August 1996
Ft. Polk, LA

Explosive Ordnance Disposal Course, February 1996
Redstone Arsenal, AL

Air Assault Course, June 1992
Schofield Barracks, HI

Ammunition Specialist Primary Technical Course, August 1991
Redstone Arsenal, AL

U.S. Army Basic Training, July 1991
Ft. Leonard Wood, MO

Associate of Applied Sciences in Automotive Technology, 1990
Texas State Technical College, Waco, TX

**Courses Instructed**

Homemade Explosives Identification, Process and Disposal
Explosives Recognition
Bomb Threat & Search Procedures
Improvised Explosive Device Recognition Procedures
Improvised Explosive Device Render Safe Procedures
Booby-Trap Recognition
Unexploded Ordnance Recognition and Disposal Procedures
Unexploded Ordnance Marking and Protective Measures
Radiographic Techniques and Procedures
Bomb Disposal Tools and Equipment
Explosive Ordnance Disposal Robotics

**Expert Testimony in the last four years**

Federal: Roswell, NM, District of New Mexico, 5/09/2023
        ATF Case 781126-21-0003, US v Troy Don Teston, CR 22-1400 JB
Federal: Alexandria, LA, Western District of Louisiana, 11/14/2022
        ATF Case 777011-20-0022, 777011-20-0024, 777050-19-0211
        US v Daniel D. Aikens, 20-CR-00023
Federal: San Diego, CA, Southern District of California, 5/10/2021
        ATF Case 784040-20-0008, US v Zachary A Karas, 20CR1842-DMS
Federal: Marshall, TX, Eastern District of Texas, 11/16/2020
        ATF Case 781070-19-0092, US v Thomas Harbarger, 2:19-CR-16
State: Conway, AR, 6/16/2020
        ATF Case 777025-19-0129, AR v Blake Austin Danner, 2019-619

**Professional Associations**

Member, International Association of Bomb Technicians and Investigators since 2005