UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 23-cr-00264-GKF-1<br>Date: 9/21/2023<br>Court Time: 9:00 am to 9:21 am |
| vs. | | |
| Daniel Lawrence Charba, | Defendant(s). | **MINUTE SHEET ARRAIGNMENT and/or CHANGE of PLEA** |

Mark T. Steele, U.S. Magistrate Judge         L. Lewis, Deputy Clerk         Courtroom 5

Counsel for Plaintiff: ___Nathan Edward Michel___

Counsel for Defendant: ___Allen M Smallwood___, Ret.

Probation Officer: _____

Age of Defendant: ___32___         Interpreter: _____ ☐ sworn

Defendant appears in person:  ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;   Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment;

    ☒ Verified in open court as the true and correct legal name
    ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Atty;  ☐ Deft's Atty to verify, advise court

☐ Defendant acknowledges receipt of Indictment

☐ Defendant enters not guilty plea as to Count(s) _____ of the Indictment         ☐ Schedule to be entered

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;   ☒ 30 Days Preparation;  ☐ Separate Representation
      ☒ Waivers approved by Court;

Defendant advised of:  ☒ charge and  ☐ arraigned;   Indictment:  ☐ Read  ☐ Reading waived

☒ Defendant relates fact of charge

☒ Defendant withdraws not guilty plea(s) as to Count(s) _2_ of the Indictment

☒ Defendant enters guilty plea to as to Count(s) _2_ of the Indictment

☒ Remaining Count(s) to be dismissed at sentencing: ___count 1 of Indictment___

☒ Petition to enter plea of Guilty sworn and executed

☐ Findings re: Plea Agreement made;   ☒ Findings re: Plea agreement reserved

☒ Defendant adjudged guilty as charged as to as to Count(s) _2_ of the Indictment

☒ Petition ☒ and Plea Agreement disclosed in open Court and will be filed of record   ☒ PSI ordered

☐ SENTENCING SET _____ at 8:00 a.m.

☒ SENTENCING to be scheduled upon completion of PSI

☒ Defendant allowed to stand on present bond;  ☐ Government stipulates, findings made

☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____