UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

          Plaintiff,

vs.

          Case No.: 23-cr-00264-GKF-1

Daniel Lawrence Charba,

          **WAIVER OF JURY TRIAL**

          Defendant.

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Daniel Lawrence Charba, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court on 9/21/2023.

_____
Mark T. Steele, U.S. Magistrate Judge

Arraignment Change of Plea Magistrate Judge           (11/2021)